ORIGINAL

Fee Paid $26.00

1   **MICHAELSON, SUSI & MICHAELSON**

(SPACE BELOW FOR FILING STAMP ONLY)

2   A Professional Corporation
    ATTORNEYS AT LAW
    SEVEN WEST FIGUEROA STREET, SECOND FLOOR
3   SANTA BARBARA, CALIFORNIA 93101-3191
    Telephone:  (805) 965-1011
    Facsimile:   (805) 965-7351
4
    Franklyn S. Michaelson, Bar No. 62129
5   Peter Susi, Bar No. 62957

6   Attorneys for Debtor and Debtor-in-Possession

FILED

MAR - 5 2010

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

7

8              **UNITED STATES BANKRUPTCY COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

10

11  In re                          )   BK No. 9:10-bk-10782-RR
                                    )
12  PETER CAPONE,                   )   Chapter 11
                                    )
13          Debtor.                 )
                                    )   CHAPTER 11 SCHEDULES,
14                                  )   STATEMENT OF FINANICAL
                                    )   AFFAIRS, AND ADDITIONAL
15                                  )   CREDITOR MATRIX
                                    )
16                                  )
                                    )
17                                  )   No Hearing Set
                                    )
18                                  )

19

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

- 1 -

B6 Summary (Official Form 6 - Summary) (12/

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re  **Peter Capone**

Case No.    **9:10-bk-10782-RR**

Chapter      **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $44,040,000.00 | | |
| B - Personal Property | Yes | 6 | $6,871,684.05 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $19,749,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $21,771,582.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $10,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $202,165.00 |
| | TOTAL | 17 | $50,911,684.05 | $41,520,582.48 | |

Form 6 - Statistical Summary (12/07)

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

In re  **Peter Capone**

Case No.    **9:10-bk-10782-RR**

Chapter    **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Peter Capone**                                    Case No.   **9:10-bk-10782-RR**
                                                                      (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 574 Freehaven Drive, Santa Barbara, CA<br>Single family residence<br>(Held by Capone Revocable Trust) | 100% fee interest | - | $12,000,000.00 | $8,000,000.00 |
| 3981 Roblar Avenue, Santa Ynez, CA<br>Single family residence<br>(Held by Capone Revocable Trust) | 100% fee interest | - | $5,000,000.00 | $1,760,000.00 |
| 107 Tabby Lane, Cottage 64, Sea Island, GA<br>Single family residence<br>(Held by Capone Revocable Trust) | 100% fee interest | - | $9,000,000.00 | $5,000,000.00 |
| 103 Black Banks Lane, Sea Island, GA<br>Condominium<br>(Held by Capone Revocable Trust) | 100% fee interest | - | $4,000,000.00 | $2,000,000.00 |
| 1030 Hot Springs Lane, Santa Barbara, CA<br>Single family residence<br>(Held by Capone Revocable Trust) | 100% fee interest | - | $10,000,000.00 | $3,000,000.00 |
| Kentucky Road, Lot 4, Santa Ynez, CA<br>107 acres unimproved land<br>(Held by Capone Revocable Trust) | 100% fee interest | - | $4,000,000.00 | $0.00 |
| 2 vacant lots, Burlington, VT | 100% fee interest | - | $40,000.00 | $0.00 |
| | | Total: | **$44,040,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Peter Capone**

Case No.  **9:10-bk-10782-RR**

(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Debtor's possession | - | $2,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Personal Checking Account No. 23016678; Santa Barbara Bank & Trust, Santa Barbara, CA | - | $1.00 |
| | | Personal Premium Money Market Account No. 000-100-917-7; The Coastal Bank of Georgia, Brunswick, GA | - | $9,307.58 |
| | | Personal Checking Account No. 262-494-469; HSBC, NY | - | $722.14 |
| | | Personal Checking Account No. 40051258784; Citi Private Bank, San Antonio, TX | - | $0.27 |
| | | Personal Savings/Money Market Plus Account No. 40051258792; Citi Private Bank, San Antonio, TX | - | $126.26 |
| | | Personal Checking Account No. 262-006-219; HSBC, NY | - | $256.64 |
| | | Personal Checking Account No. 262-463-369; HSBC, NY | - | $665.40 |
| | | Personal Checking Account No. 977-323-072; HSBC, NY | - | $267.76 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit on lease for ex-wife rental house, 300 Sheffield Drive, Santa Barbara, CA | - | $2,500.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods and furnishings at 3981 Roblar Avenue, Santa Ynez, CA (at cost) | - | $150,000.00 |
| | | Household goods and furnishings at 574 Freehaven Drive, Santa Barbara, CA (at cost) | - | $400,000.00 |
| | | Household goods and furnishings at 107 Tabby Lane, Cottage 64, Sea Island, GA (at cost) | - | $150,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Peter Capone**                                              Case No.   **9:10-bk-10782-RR**
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Household goods and furnishings at 103 Black Banks Lane, Sea Island, GA (at cost) | - | $150,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork located at 3981 Roblar Avenue, Santa Ynez, CA | - | $200,000.00 |
| | | Artwork located at 574 Freehaven Drive, Santa Barbara, CA | - | $100,000.00 |
| | | Artwork located at 107 Tabby Lane, Cottage 64, Sea Island, GA | - | $25,000.00 |
| | | Artwork located at 103 Black Banks Lane, Sea Island, GA | - | $25,000.00 |
| 6. Wearing apparel. | | Wearing apparel - reasonable and ordinary | - | $10,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Peter Capone**                                                Case No.    **9:10-bk-10782-RR**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% ownership of Rial Realty Corp. - see Attachment #1 | - | $2,750,000.00 |
| | | 100% ownership of Chesapeake Hills Corp. | - | $0.00 |
| | | 100% ownership of Valley Classic Autos - see Attachment #2 | - | $250,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 100% ownership of Peter Capone Designs, LLC - see Attachment #3 | - | $0.00 |
| | | Interest in Park Avenue Tennis Club | - | $100,000.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2003 federal tax refund | - | $411,759.00 |
| | | 2004 federal tax refund | - | $902,727.00 |
| | | 2005 federal tax return | - | $627,436.00 |
| | | 2005 federal tax refund - amended due to IRS audit | - | $88,659.00 |

**Schedule B – Attachment #1**

**Rial Realty Corp.**

The Assets of Rial Realty Corp. consist of the following:

- $1,000,000 in Certificates of deposit
- $1,300,000 in marketable securities
- $350,000 promissory note issued by Symbolic Collection Nevada LLC and guaranteed by Bernie Chase
- $100,000 cash

## Schedule B - Attachment #2

Valley Classic Autos owns the following automobiles:

| Name of Car | Approximate Value |
| --- | --- |
| 1957 Porsche Speedster | $15,000 |
| 1993 Jeep Wrangler | $5,000 |
| 2005 Bentley** | $65,000 |
| 2005 Mercedes SLK 350 | $15,000 |
| 2006 Porsche Boxster S | $30,000 |
| 2006 Porsche Cayman | $30,000 |
| 1967 Jaguar "E" type** | $65,000 |
| 2007 Land Rover | $25,000 |
| 2007 Toyota truck | $10,000 |

** The Bentley and the Jaguar are subject to a lien securing the debt held by Key Equipment Finance.

**Schedule B – Attachment #3**

**PCD, LLC**

The Assets of PDC, LLC consist of the following:

- $300,000 in cash deposits

- Lear Jet 60. Value of airplane is approximately $3.75 million. The secured debt on the plane is $5.2 million.

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Peter Capone**                                                Case No.    **9:10-bk-10782-RR**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2005 State of California tax refund | - | $34,089.00 |
| | | 2005 State of New York tax refund | - | $498.00 |
| | | 2006 federal tax refund | - | $337,265.00 |
| | | 2007 federal tax refund (All amounts as claimed subject to review) | - | $123,404.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Claims for fraud, theft, and RICO violations, etc.; Case No. 09 Civ. 1208; U.S. District Court, Eastern District, New York | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Peter Capone**                                                    Case No.    **9:10-bk-10782-RR**
                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous | - | $20,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Peter Capone**                                    Case No.    **9:10-bk-10782-RR**
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

5 continuation sheets attached    **Total >**   **$6,871,684.05**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  **Peter Capone**                                      Case No.   **9:10-bk-10782-RR**
                                                                        (If known)


# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.

☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)


| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 3981 Roblar Avenue, Santa Ynez, CA<br>Single family residence<br>(Held by Capone Revocable Trust) | C.C.P. § 704.730 | $175,000.00 | $5,000,000.00 |
| Household goods and furnishings at 3981 Roblar Avenue, Santa Ynez, CA (at cost) | C.C.P. § 704.020 | $150,000.00 | $150,000.00 |
| Artwork located at 3981 Roblar Avenue, Santa Ynez, CA | C.C.P. § 704.040 | $6,750.00 | $200,000.00 |
| Wearing apparel - reasonable and ordinary | C.C.P. § 704.020 | $10,000.00 | $10,000.00 |
| | | **$341,750.00** | **$5,360,000.00** |

B6D (Official Form 6D) (12/07)

In re **Peter Capone**                                                                Case No.    **9:10-bk-10782-RR**

                                                                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx8911<br><br>**Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**1st trust deed**<br>COLLATERAL:<br>**3981 Roblar Avenue, Santa Ynez, CA**<br>REMARKS:<br><br>VALUE:                **$5,000,000.00** | | | | **$1,760,000.00** | |
| ACCT #: xxxxxxx319-6<br><br>**CitiMortgage<br>PO Box 6006<br>The Lakes, NV 88901** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**1st trust deed**<br>COLLATERAL:<br>**1030 Hot Springs Lane, Santa Barbara, CA**<br>REMARKS:<br><br>VALUE:                **$10,000,000.00** | | | | **$3,000,000.00** | |
| ACCT #: xxxxxxxx-x0013<br><br>**Coastal Bank of Georgia<br>100 Main Street<br>Plantation Village<br>Saint Simons Island, GA 31522** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**1st trust deed**<br>COLLATERAL:<br>**103 Black Banks Lane, Sea Island, GA**<br>REMARKS:<br><br>VALUE:                **$4,000,000.00** | | | | **$1,989,000.00** | |
| ACCT #: xxxxx8405<br><br>**First Bank of San Luis Obispo<br>SBBT Private Wealth Group<br>PO Box 60839<br>Santa Barbara, CA 93160** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**2nd trust deed**<br>COLLATERAL:<br>**574 Freehaven Drive, Santa Barbara, CA**<br>REMARKS:<br><br>VALUE:                **$12,000,000.00** | | | | **$3,000,000.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$9,749,000.00** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Peter Capone**

Case No.   **9:10-bk-10782-RR**

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx8723<br><br>**Santa Barbara Bank & Trust**<br>**PO Box 60631**<br>**Santa Barbara, CA 93160** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**1st trust deed**<br>COLLATERAL:<br>**574 Freehaven Drive, Santa Barbara, CA**<br>REMARKS:<br><br>VALUE:            **$12,000,000.00** | | | | **$5,000,000.00** | |
| ACCT #: xxxxxx7119<br><br>**TMST Home Loans Inc**<br>**PO Box 77404**<br>**Trenton, NJ 08628** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**1st trust deed**<br>COLLATERAL:<br>**107 Tabby Lane, Cottage #64, Sea Island, GA**<br>REMARKS:<br><br>VALUE:            **$9,000,000.00** | | | | **$5,000,000.00** | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____1_____ of _____1_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$10,000,000.00** | **$0.00** |
| Total (Use only on last page) > | **$19,749,000.00** | **$0.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re **Peter Capone**                                                     Case No.   **9:10-bk-10782-RR**
                                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Peter Capone**                                          Case No.   **9:10-bk-10782-RR**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Aero Toy Store**<br>**1710 West Cypress Creek Road**<br>**Fort Lauderdale, FL 33308** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS:<br>**Business debt** | | | X | **Unknown** |
| ACCT #:<br>**Meredith Baer**<br>**PO Box 49798**<br>**Los Angeles, CA 90049** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Mary Capone**<br>**300 Sheffield Drive**<br>**Santa Barbara, CA 93108** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Divorce settlement**<br>REMARKS:<br>**To be paid over 8 years** | | | | **$14,000,000.00** |
| ACCT #:<br>**Gilbert Harrell Sumerford & Martin**<br>**Attention Wallace Harrell**<br>**PO Box 190**<br>**Brunswick, GA 31521** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal fees**<br>REMARKS: | | | | **$69,649.07** |
| ACCT #:  xxxxxx076C<br>**Key Equipment Finance**<br>**1000 South McCaslin Blvd**<br>**Superior, CO 80027** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Guaranty of Lear Jet 60 debt**<br>REMARKS:<br>**Business debt** | | | | **$5,200,000.00** |
| ACCT #:<br>**Lally Mahon & Rooney LLP**<br>**Attention James Mahon**<br>**220 Old Country Road Suite 200**<br>**Mineola, NY 11501** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal fees**<br>REMARKS: | | | X | **$38,759.66** |

|  | Subtotal > | **$19,308,408.73** |
|---|---|---|

_____1_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Peter Capone**                                             Case No. **9:10-bk-10782-RR**

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx0987**<br>**Los Angeles County Tax Collector**<br>**PO Box 54027**<br>**Los Angeles, CA 90054** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Claim against Peter Capone Design LLC**<br>REMARKS: | | | | **$81,055.00** |
| ACCT #:<br>**McLaughlin & Quinn LLC**<br>**32 Custom House Street**<br>**Suite 500**<br>**Providence, RI 02903** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal fees**<br>REMARKS: | | | | **$7,118.75** |
| ACCT #:<br>**Newcastle Industries Inc**<br>**c/o Miller Group**<br>**9904 Clayton Road Suite B**<br>**Saint Louis, MO 63124** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | | | **$2,250,000.00** |
| ACCT #:<br>**Trope & Trope**<br>**12121 Wilshire Blvd #801**<br>**Los Angeles, CA 90025** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorneys for Mary Capone**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Vandenberg & Feliu**<br>**Attn Mark Brenner**<br>**110 E 42nd Street Suite 1502**<br>**New York, NY 10017** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Legal fees**<br>REMARKS: | | | | **$125,000.00** |
| | | | | | | | |

Sheet no. _____1_____ of _____1_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$2,463,173.75** |
|---|---|---|
|  | Total > | **$21,771,582.48** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Peter Capone**                                                    Case No.    **9:10-bk-10782-RR**
                                                                                     (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mary Capone**<br>300 Sheffield Drive<br>Santa Barbara, CA 93108 | Lease of residential real property located at 300 Sheffield Drive, Santa Barbara, CA, and occupied by Mary Capone, ex-wife of debtor.  Debtor guaranteed the lease.  The lease expires May 1, 2010.<br>Contract to be ASSUMED |
| **Meredith Baer**<br>Meredith Baer & Associates<br>Post Office Box 49798<br>Los Angeles, CA  90049 | Agreement to stage/furnish Hot Springs home for purposes of marketing/selling property.<br>Contract to be ASSUMED |
| **Santa Barbara Luxury Rentals**<br>3905 State St., Suite 7-167<br>Santa Barbara, CA 93105 | Lease of residential real property located at 300 Sheffield Drive, Santa Barbara, CA, and occupied by Mary Capone, ex-wife of debtor.  Debtor guaranteed the lease.  The lease expires May 1, 2010.<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Peter Capone**                                                                    Case No.    **9:10-bk-10782-RR**
                                                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **Peter Capone**                                              Case No.   **9:10-bk-10782-RR**
                                                                              (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): Son | Age(s): 13 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Architect/Developer | |
| Name of Employer | Self | |
| How Long Employed | 40 years | |
| Address of Employer | Same as debtor | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | $0.00 | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| | b. Social Security Tax | $0.00 | |
| | c. Medicare | $0.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $10,000.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a._____ | $0.00 | |
| | b._____ | $0.00 | |
| | c._____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $10,000.00 | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $10,000.00 | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $10,000.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

IN RE:   **Peter Capone**                                     Case No.   **9:10-bk-10782-RR**
                                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $92,000.00 |
|    a. Are real estate taxes included?   ☐ Yes   ☑ No | |
|    b. Is property insurance included?   ☐ Yes   ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $3,900.00 |
|        b. Water and sewer | $525.00 |
|        c. Telephone | $540.00 |
|        d. Other: | $15,000.00 |
| 3. Home maintenance (repairs and upkeep) | $3,400.00 |
| 4. Food | $2,000.00 |
| 5. Clothing | $200.00 |
| 6. Laundry and dry cleaning | $0.00 |
| 7. Medical and dental expenses | $3,000.00 |
| 8. Transportation (not including car payments) | $500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| 10. Charitable contributions | $200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $600.00 |
|      b. Life | $0.00 |
|      c. Health | $2,200.00 |
|      d. Auto | $0.00 |
|      e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | $15,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|      a. Auto: | $0.00 |
|      b. Other: | |
|      c. Other: | |
|      d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | $23,000.00 |
| 15. Payments for support of add'l dependents not living at your home: | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17.a. Other: attorneys/accountants | $40,000.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$202,165.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I .................................................................$10,000.00
b. Average monthly expenses from Line 18 above.................................................................$202,165.00
c. Monthly net income (a. minus b.) ................................................................................($192,165.00)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Peter Capone**                                                    Case No.  **9:10-bk-10782-RR**
                                                                                     (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**19**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____3/5/2010_____        Signature _____
                                                **Peter Capone**

Date _____        Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re:  **Peter Capone**

Case No.   **9:10-bk-10782-RR**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,635,795.00 | 2008 - architectural and development fees |
| $270,868.98 | 2009 - architectural and development fees |
| $0.00 | January 1, 2010 - February 19, 2010 |

---

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $893,491.00 | 2008 - interest income |
| $51,000.00 | 2009- interest income |
| $11,000.00 | 2010 - interest income |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Vandenberg & Feliu Attn Mark Brenner 110 E 42nd Street Suite 1502 New York, NY 10017 | Monthly - $15,000 | $45,000.00 | $125,000.00 |

B7 (Official Form 7) (12/07) - Cont.

**ITED STATES BANKRUPTCY COUR**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re:  **Peter Capone**

Case No.  **9:10-bk-10782-RR**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 1

None ☐  c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mary Capone**<br>**300 Sheffield Drive**<br>**Santa Barbara, CA 93108**<br><br>**Debtor's ex-wife** | **Monthly - $11,000 alimony/child support, plus $12,000 house rental** | **$276,000.00** | **$1,250,000.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mary Capone v. Peter Capone; Case No. 1315089** | **Sister state judgment** | **Superior Court of California, County of Santa Barbara, Cook Division, 312-C East Cook Street, Santa Maria, CA 93456-5369** | **Judgment entered June 23, 2009** |
| **Peter Capone, et al. v. Mark Goldman, et al.; Case No. 09 Civ. 1208** | **Claims for fraud, theft, and RICO violations, etc.** | **United States District Court, Eastern District of New York** | **Pending** |
| **Aero Toy Store LLC v. Peter Capone Design, LLC, et al.; Case No. CACE 08 011424(09)** | **Breach of contract** | **Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida** | **Pending** |
| **Peter Capone v. Mary McGowin Capone; Case No. CE07-01506-063** | **Divorce** | **Superior Court of Glynn County, State of Georgia** | **Judgment by stipulation September 8, 2008** |

None ☐  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mary Capone**<br>**300 Sheffield Drive**<br>**Santa Barbara, CA 93108** | **December 2009** | **Approximately $9,000 levy on bank account** |

## 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:   **Peter Capone**

Case No.   <u>**9:10-bk-10782-RR**</u>
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Cara Mier Capone**<br>**16 Highland Mewz**<br>**Glen Cove, NY 11542** | **Daughter** | **December 2009** | **$13,000** |
| **Meryl Capone**<br>**Post Office Box 902**<br>**Los Olivos, CA 93441** | **Daughter** | **December 2009** | **$13,000** |

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michaelson, Susi & Michaelson**<br>**7 West Figueroa Street, 2nd Floor**<br>**Santa Barbara, CA 93101** | **February 3, 2010 and February 10, 2010, respectively** | **$5,000 and $95,000** |
| **Greenpath, Inc.**<br>**38505 Country Club Drive, Suite 210**<br>**Farmington Hills, MI 48331** | **February 19, 2010** | **$50** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re:  **Peter Capone**                                           Case No.   **9:10-bk-10782-RR**
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**10. Other transfers**

None
☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **See attached Rider #1** | | |

None
☑  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None
☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Santa Barbara Bank & Trust** **Post Office Box 60639** **Santa Barbara, CA  93160-0839** | **Personal Money Market/Checking Account No. xxxxx2737; $-0-** | **February 11, 2010** |

---

**12. Safe deposit boxes**

None
☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None
☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None
☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Mary Capone** **300 Sheffield Drive** **Santa Barbara, CA  93108** | **Furnishings and personal effects; $30,000** | **574 Freehaven Drive** **Santa Barbara, CA** |

---

**15. Prior address of debtor**

None
☑  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## A. Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB Approval No. 2502-0265
(expires 11/30/2009)

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1.☐ FHA   2.☐ RHS   3.☒ Conv. Unins. | 6. File Number | | 7. Loan Number | | 8. Mortgage Insurance Case Number |
| 4.☐ VA   5.☐ Conv. Ins. | EMJOIL | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Edwin M. Jones Oil Company | Peter Capone | |
| 404 Milam Building | 3981 Roblar Avenue | |
| San Antonio, Texas 78205 | Santa Ynez, California 93460 | |

| G. Property Location | H. Settlement Agent |  |
|---|---|---|
| 400 Beach Club Drive, Suite 301 | Gilbert, Harrell, Sumerford & Martin, P.C. | |
| Sea Island, Georgia 31561 | | |
| Suite N, Sea Island Resorts Beach Club Condominium | Place of Settlement | I. Settlement Date |
| Glynn County, Georgia | 777 Gloucester St., Ste. 200 | 06/05/09 |
| | Brunswick, GA 31521 | |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 2,050,000.00 | 401. Contract sales price | 2,050,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 8,204.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes         to | | 406. City/town taxes        to | |
| 107. County taxes           to | | 407. County taxes          to | |
| 108. Assessments           to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 2,058,204.00 | 420. GROSS AMOUNT DUE TO SELLER | 2,050,000.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 100,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 32.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes         to | | 510. City/town taxes         to | |
| 211. County taxes  01/01 to 06/05 | 9,458.76 | 511. County taxes  01/01 to 06/05 | 9,458.76 |
| 212. Assessments            to | | 512. Assessments            to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 109,458.76 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 9,490.76 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 2,058,204.00 | 601. Gross amount due to seller (line 420) | 2,050,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 109,458.76 | 602. Less reduction amount due to seller (line 520) | 9,490.76 |
| 303. CASH        FROM        BORROWER | 1,948,745.24 | 603. CASH        TO        SELLER | 2,040,509.24 |

_Peter Capone (signature)_

Peter Capone

Edwin M. Jones Oil Company

form HUD-1 (3/86) ref Handbook 4305.2

## STATEMENT OF FINANCIAL AFFAIRS - RIDER #1

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT     SETTLEMENT STATEMENT     PAGE 2

File Number: EMJOIL

| L. SETTLEMENT CHARGES: | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ | @ | = | | |
| | Division of commission (line 700) as follows: | | | | |
| 701. | $ | to | | | |
| 702. | $ | to | | | |
| 703. | Commission paid at Settlement | | | | |
| 704. | | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | P.O.C. | | |
| 801. | Loan Origination Fee | % | | | |
| 802. | Loan Discount | % | | | |
| 803. | Appraisal Fee | to | | | |
| 804. | Credit Report | to | | | |
| 805. | Lender's Inspection Fee | to | | | |
| 806. | Mtg. Ins. Application Fee | to | | | |
| 807. | Assumption Fee | to | | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| 812. | | | | | |
| 813. | | | | | |
| 814. | | | | | |
| 815. | | | | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. | Interest from | to | @$ | /day | |
| 902. | Mortgage Insurance Premium | to | | | |
| 903. | Hazard Insurance Premium | yrs. to | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | | |
| 1001. | Hazard Insurance | mo. @$ | / mo. | | |
| 1002. | Mortgage Insurance | mo. @$ | / mo. | | |
| 1003. | City property taxes | mo. @$ | / mo. | | |
| 1004. | County property taxes | mo. @$ | / mo. | | |
| 1005. | Annual Assessments | mo. @$ | / mo. | | |
| 1006. | | mo. @$ | / mo. | | |
| 1007. | | mo. @$ | / mo. | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | | |
| 1100. | TITLE CHARGES | | | | |
| 1101. | Settlement or closing fee | to | | | |
| 1102. | Abstract or title search | to GHSM | | 150.00 | |
| 1103. | Title examination | to | | | |
| 1104. | Title insurance binder | to GHSM | | 50.00 | |
| 1105. | Document preparation | to | | | |
| 1106. | Notary fees | to | | | |
| 1107. | Attorney's fees | to GHSM | | 500.00 | |
| | (includes above item No: | ) | | | |
| 1108. | Title insurance | to Chicago Title Insurance Co. | | 5,425.00 | |
| | (includes above item No: | ) | | | |
| 1109. | Lender's coverage | | | | |
| 1110. | Owner's coverage | 2,050,000.00 --- 5,425.00 | | | |
| 1111. | | | | | |
| 1112. | | | | | |
| 1113. | | | | | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. | Recording fees | Deed $ 14.00 ; Mortgage $ ; Releases $ | | 14.00 | |
| 1202. | City/county/stamps | Deed $ ; Mortgage $ | | | |
| 1203. | State tax/stamps | Deed $ 2,050.00 ; Mortgage $ | | 2,050.00 | |
| 1204. | Recording | | | | 12.00 |
| 1205. | | | | | |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. | Survey | to | | | |
| 1302. | Pest Inspection | to | | | |
| 1303. | | | | | |
| 1304. | Wire Fees | Coastal Bank | | 15.00 | |
| 1305. | Packaging & Delivery Fees | GHSM | | | 20.00 |
| 1306. | | | | | |
| 1307. | | | | | |
| 1308. | | | | | |
| 1400. | TOTAL SETTLEMENT CHARGES | (enter on lines 103 and 502, Sections J and K) | | 8,204.00 | 32.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in the transaction, I further certify that I have received a copy of the HUD-1 Settlement Statement.

Peter Capone

Edwin M. Jones Oil Company

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Gilbert, Harrell, Sumerford & Martin, P.C.     06/05/09

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see; Title 18 U.S. Code Section 1001 and Section 1010.

form HUD-1 (3/86) ref Handbook 4305.2

B7 (Official Form 7) (12/07) - Cont.

...ITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:  **Peter Capone**
Case No.  **9:10-bk-10782-RR**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

**Mary Capone**

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☑

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (12/07) - Cont.

.ITED STATES BANKRUPTCY COUR
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:  **Peter Capone**                                      Case No.   **9:10-bk-10782-RR**
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Sue Wolford**<br>**Post Office Box 215**<br>**Santa Ynez, CA** | **Entire period** |
| **Fox & Co.**<br>**Attention  Ken Fox**<br>**53 N. Park Avenue**<br>**Rockville Centre, NY  11570** | **Entire period** |

---

None
☑   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Sue Wolford** | **Post Office Box 215**<br>**Santa Ynez, CA** |
| **Fox & Co.**<br>**Attention  Ken Fox** | **53 N. Park Avenue**<br>**Rockville Centre, NY  11570** |

---

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Santa Barbara Bank & Trust**<br>**Post Office Box 60631**<br>**Santa Barbara, CA  93160** | **November,**<br>**2008** |
| **Coastal Bank of Georgia**<br>**100 Main Street**<br>**Plantation Village**<br>**Saint Simons Island, GA  31522** | **September,**<br>**2008** |
| **CitiMortgage**<br>**Post Office Box 6006**<br>**The Lakes, NV  88901** | **2009** |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re:   **Peter Capone**

Case No.   **9:10-bk-10782-RR**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

### 25. Pension Funds

None ☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:  **Peter Capone**                                    Case No.  **9:10-bk-10782-RR**
                                                                          (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___3/5/2010_____     Signature _____*Peter Capone*_____
                                         of Debtor     **Peter Capone**

Date _____     Signature _____
                                         of Joint Debtor
                                         (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

IN RE:  **Peter Capone**

CASE NO   **9:10-bk-10782-RR**

CHAPTER   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:             <u>as allowed</u>

   Prior to the filing of this statement I have received:    **<u>$100,000.00</u>**

   Balance Due:                                             <u>unknown</u>

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **representation in adversary proceedings such as discharge and dischargeability proceedings.**

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>3/5/2010</u>
Date

Peter Susi
Michaelson, Susi & Michaelson
2nd Floor
7 West Figueroa Street
Santa Barbara, CA 93101-3191
Phone: (805) 965-1011 / Fax: (805) 965-7351

Bar No.  62957

---

Peter Capone

February 2006                                                              2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  Peter Capone, | CHAPTER: 11 |
| Debtor(s). | CASE NO.: 9:10-bk-10782 |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, Peter Capone _____, the debtor in this case, declare under penalty
           *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
      *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
           *(Print Name of Joint Debtor, if any)*

perjury under the laws of the United States of America that:

☐    I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
      *(NOTE:  the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐    I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐    I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date ___3/5/2010_____        Signature _____
                                                            *Debtor*

Date _____        Signature _____
                                                            *Joint Debtor (if any)*

**B22B (Official Form 22B) (Chapter 1    J1/08)**

In re: **Peter Capone**

Case Number:  **9:10-bk-10782-RR**

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|
| | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☑ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>Debtor's Income | **Column B**<br><br>Spouse's Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts — $0.00<br>b. Ordinary and necessary business expenses — $0.00<br>c. Business income — Subtract Line b from Line a. | $0.00 | |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts — $0.00<br>b. Ordinary and necessary operating expenses — $0.00<br>c. Rent and other real property income — Subtract Line b from Line a. | $0.00 | |
| 5 | **Interest, dividends, and royalties.** | $10,000.00 | |
| 6 | Pension and retirement income. | $0.00 | |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $0.00 | |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $0.00 — Spouse | $0.00 | |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.<br>b. | $0.00 | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010

**B22B (Official Form 22B) (Chapter 1 ... )1/08)**

| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $10,000.00 | |
|----|----|----|----|
| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | | $10,000.00 |

| | **Part II: VERIFICATION** |
|---|---|
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)*<br><br>Date:   3/5/2010 _____     Signature:  *Peter Capone*<br>                                                        **Peter Capone**<br><br>Date: _____     Signature: _____<br>                                                               (Joint Debtor, if any) |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010

UNITED STATES BANKRUPTCY COURT
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

IN RE:   **Peter Capone**

CASE NO   **9:10-bk-10782-RR**

CHAPTER   **11**

<u>ADDITIONAL</u>
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___3/5/2010_____

Signature ___*Peter Capone*_____
         **Peter Capone**

Date _____

Signature _____

Mary Capone
300 Sheffield Drive
Santa Barbara, CA 93108


Meredith Baer
Meredith Baer & Associates
Post Office Box 49798
Los Angeles, CA  90049


Santa Barbara Luxury Rentals
3905 State St Suite 7-167
Santa Barbara, CA 93105


Trope & Trope
12121 Wilshire Blvd #801
Los Angeles, CA 90025

| In re:<br>PETER CAPONE, | CHAPTER  11 |
|---|---|
| Debtor(s). | CASE NUMBER 9:10-bk-10782-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

7 West Figueroa Street, 2nd Floor, Santa Barbara, CA  93101

The foregoing document described CHAPTER 11 SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, AND ADDITIONAL CREDITOR MATRIX will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 5, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Joseph M. Sholder    sholder@g-tlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On March 3, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 5, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

By Personal Delivery
The Honorable Robin L. Riblet
United States Bankruptcy Court
1415 State Street
Santa Barbara, CA  93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 5, 2010 | Kimberlie Wagemann-Cordero | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                        **F 9013-3.1**