# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

IN RE: **Peter Capone**  
Case No. **9:10-bk-10782-RR**  
Chapter **11**

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Mary Capone<br>300 Sheffield Drive<br>Santa Barbara, CA 93108 | | Divorce settlement | | $14,000,000.00 |
| Key Equipment Finance<br>1000 South McCaslin Blvd<br>Superior, CO 80027 | | Guaranty of Lear Jet 60 debt | | $5,200,000.00 |
| Newcastle Industries Inc<br>c/o Miller Group<br>9904 Clayton Road Suite B<br>Saint Louis, MO 63124 | | Business debt | Contingent | $2,250,000.00 |
| Vandenberg & Feliu<br>Attn Mark Brenner<br>110 E 42nd Street Suite 1502<br>New York, NY 10017 | | Legal fees | | $125,000.00 |
| Los Angeles County Tax Collector<br>PO Box 54027<br>Los Angeles, CA 90054 | | Claim against Peter Capone Design LLC | Disputed | $81,055.00 |
| Gilbert Harrell Sumerford & Martin<br>Attention Wallace Harrell<br>PO Box 190<br>Brunswick, GA 31521 | | Legal fees | | $69,649.07 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

IN RE:  **Peter Capone**    Case No.  **9:10-bk-10782-RR**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lally Mahon & Rooney LLP<br>Attention James Mahon<br>220 Old Country Road Suite 200<br>Mineola, NY 11501 | | Legal fees | Disputed | $38,759.66 |
| McLaughlin & Quinn LLC<br>32 Custom House Street<br>Suite 500<br>Providence, RI 02903 | | Legal fees | | $7,118.75 |
| Meredith Baer<br>PO Box 49798<br>Los Angeles, CA 90049 | | Business debt | | $0.00 |
| Aero Toy Store<br>1710 West Cypress Creek Road<br>Fort Lauderdale, FL 33308 | | Business debt | Disputed | $0.00 |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3/24/10    Signature: /s/ Peter Capone
                              Peter Capone

| In re:<br>PETER CAPONE,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 9:10-bk-10782-RR |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

7 West Figueroa Street, 2nd Floor, Santa Barbara, CA 93101

The foregoing document described AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 24, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 24, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 24, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

By Personal Delivery
The Honorable Robin L. Riblet
United States Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 24, 2010 | Kimberlie Wagemann-Cordero | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

# SERVICE LIST
Peter Capone
Chapter 11 Case No.: 9:10-bk-10782-RR

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| Andrew K Alper<br>aalper@frandzel.com,<br>efiling@frandzel.com;ekidder@frandzel.com<br><br>James A Bishop<br>jbishop@bishopfirm.com<br><br>Brian D Fittipaldi<br>brian.fittipaldi@usdoj.gov<br><br>Karen L Grant<br>kgrant@silcom.com<br><br>Lee S Raphael<br>cmartin@pprlaw.net<br><br>Joseph M. Sholder<br>sholder@g-tlaw.com<br><br>United States Trustee (ND)<br>ustpregion16.nd.ecf@usdoj.gov | **Manual Notice List (CM/ECF)**<br>Coastal Bank of Georgia<br>POB 1024<br>Brunswick, GA 31521<br><br>**Request for Special Notice**<br>Attorneys for Creditor Key Equipment Finance Inc.<br>Key Equipment Finance Inc.<br>c/o Frandzel Robins Bloom & Csato, L.C.<br>Attention: Andrew K. Alper<br>6500 Wilshire Boulevard, 17th Floor<br>Los Angeles, California 90048 |