LEO D. PLOTKIN (SBN 101893)
JOHN P. MERTENS (SBN 252762)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049-1633
Telephone: (310) 471-3000
Facsimile: (310) 471-7990

Attorneys for Plaintiff
EMIGRANT MORTGAGE COMPANY, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PETER CAPONE,<br><br>               Debtor. | Case No. 9:10-bk-10782-RR<br><br>Chapter 11<br><br>***EX PARTE* MOTION TO CONTINUE HEARING; DECLARATION OF JOHN P. MERTENS** |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that movant Emigrant Mortgage Company, Inc. ("Emigrant") hereby does move the Court, pursuant to LBR 9013-1(m) for a continuance of the hearing on its Motion (defined below) scheduled for May 6, 2010 at 10:30 a.m. until May 20, 2010 at 10:30 a.m., as follows:

Emigrant filed its Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)

1  ("Motion") on April 8, 2010.  However, Emigrant neglected to provide notice to

2  the 20 largest creditors.

3       Emigrant filed its Amended Notice of Motion for Relief from the Automatic

4  Stay Under 11 U.S.C. §362 (Action in Non-bankruptcy Forum) ("Amended

5  Notice") on April 22, 2010.  In conjunction with the Amended Notice, Emigrant

6  served the 20 largest creditors with the original Motion, and served the debtor,

7  counsel for debtor, US Trustee and 20 largest creditors with the Amended Notice.

8       The Amended Notice listed May 20, 2010 at 10:30 a.m. as the time for the

9  hearing of the Motion, which was the next available hearing date that provided

10  sufficient notice to the 20 largest creditors.  All required parties now have proper

11  notice of that hearing date.

12       No prior request for a continuance of the Motion has been requested or

13  granted.

14       Emigrant respectfully requests that this Court grant the instant motion and

15  order that the Motion be heard on May 20, 2010 at 10:30 a.m.

16

17  DATED:   April 27, 2010         LEO D. PLOTKIN

18                           JOHN P. MERTENS

                         LEVY, SMALL & LALLAS

19                           A Partnership Including Professional
                           Corporations

20

21                           By: _____

22                               JOHN P. MERTENS

                         Attorneys for Plaintiff

23                           EMIGRANT MORTGAGE COMPANY,

24                           INC.

25

26

27

28

1    I, JOHN P. MERTENS, declare as follows:

2    1.   I am an attorney at law duly admitted to practice before this Court and
3 all courts in the State of California and am an attorney with Levy, Small & Lallas,
4 A Partnership Including Professional Corporations ("LSL"), attorneys for movant
5 Emigrant Mortgage Company, Inc. ("Emigrant") herein.  I have personal, first-
6 hand knowledge of the entire contents of this declaration and, if called upon to do
7 so, could and would competently testify thereto.

8    2.   On April 8, 2010, I filed a Notice of Motion and Motion for Relief
9 from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-bankruptcy
10 Forum) ("Motion").   However, I neglected to provide notice to the 20 largest
11 creditors.  By the time I realized that the creditors had not been served, there was
12 not sufficient time to serve the creditors with regular notice prior to the scheduled
13 hearing.

14    3.   On April 22, 2010, I filed an Amended Notice of Motion for Relief
15 from the Automatic Stay Under 11 U.S.C. §362 (Action in Non-bankruptcy
16 Forum) ("Amended Notice").  I served the 20 largest creditors with the original
17 Motion, and served the debtor, counsel for debtor, US Trustee and 20 largest
18 creditors with the Amended Notice.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1      4.     The Amended Notice listed May 20, 2010 at 10:30 a.m. as the time

2  for the hearing of the Motion, which was the next available hearing date that

3  provided sufficient notice to the 20 largest creditors. All required parties now have

4  proper notice of that hearing date. The requested continuance is necessary to

5  permit proper notice of all required parties.

6

7      I declare under penalty of perjury under the laws of the United States of

8  America that the foregoing is true and correct.

9      Executed on this 27th day of April, 2010, at Los Angeles, California.

10

11      JOHN P. MERTENS

12  24967

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:<br>Peter Capone<br><br>                                    Debtor(s). | CHAPTER 11<br><br>CASE NUMBER. 9-10-bk-10782-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:    815 Moraga Drive, Los Angeles, CA  90049-1633

A true and correct copy of the foregoing document described **EX PARTE MOTION TO CONTINUE HEARING; DECLARATION OF JOHN P. MERTENS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 27, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Andrew K. Alper - aalper@frandzel.com; efiling@frandzel.com; ekidder@frandzel.com; James A. Bishop - jbishop@bishopfirm.com;    Brian D. Fittipaldi -    brian.fittipaldi@usdoj.gov;    Karen L. Grant - kgrant@silcom.com; Jonathan Gura - jon@msmlaw.com, cheryl@msmlaw.com;    Franklyn S. Michaelson - kim@msmlaw.com; Lee S. Raphael - cmartin@pprlaw.net; Joseph M. Sholder - sholder@g-tlaw.com; Peter  Susi  -  @cheryl@msmlaw.com;  peter@msmlaw.com;    United  States  Trustee  (ND) ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:** On April 27, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robin L. Riblet (via Overnight Mail)
U.S. Bankruptcy Court
1415 State Street, Suite 103
Santa Barbara, CA 93101-2511

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 27, 2010 | Heidi Gray | /s/ Heidi Gray |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

| In re:<br>  Peter Capone<br><br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER. 9-10-bk-10782-RR |
| --- | --- |

## ADDITIONAL SERVICE INFORMATION

## SERVED BY U.S. MAIL

Peter Capone
3981 Roblar Avenue
Santa Ynez, CA 93460

Franklyn S. Michelson
Michelson Susi and Michelson
7 West Figueroa Street, 2nd Flr.
Santa Barbara, CA 93101

Mary Capone
300 Sheffield Drive
Santa Barbara, CA 93108

Key Equipment Finance
1000 South McCaslin Blvd.
Superior, CO 80027

Newcastle Industries, Inc.
c/o Miller Group
9904 Clayton Road, Suite B
Saint Louis, MO 63124

Vandenberg & Feliu
Attn: Mark Brenner
110 E. 42nd Street, Suite 1502
New York, NY 10017

Los Angeles County Tax
Collector
P.O. Box 54027
Los Angeles, CA 90054

Gilbert Harrell Sumerford & Martin
Attention: Wallace Harrell
P.O. Box 190
Brunswick, GA 31521

Lally Mahon & Rooney LLP
Attention: James Mahon
220 Old Country Road, Suite 200
Mineola, NY 11501

McLaughlin & Quinn LLC
32 Custom House Street, Suite 500
Providence, RI 02903

Maredith Baer
P.O. Box 49798
Los Angeles, CA 90049

Aero Toy Strore
1710 West Cypress Creek Road
Fort Lauderdale, FL 33308

Coastal Bank of Georgia
P.O. Box 1024
Brunswick, GA 31521

Key Equipment Finance, Inc.
c/o Frandzel Robins Bloom & Csato,
L.C.
Attention: Andrew K. Alper
6500 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048